# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| DOUGLAS EUGENE CAUSEY, ADC #093679, | * * * | |
| Petitioner, | * | |
| v. | * | No. 4:21-cv-00308-JJV |
| | * | |
| DEXTER PAYNE, Director, Arkansas Division of Correction, | * * * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 20th day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE